UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:06 CR 125-12 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| AURORA VALDEZ, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Aurora Valdez, which was referred to the Magistrate Judge with the consent of the parties.

On May 9, 2006, the government filed a thirty-six count superseding indictment, charging Defendant Aurora Valdez, with Conspiracy to Smuggle Aliens into and within the United States in violation of Title 8 United States Code, Section 1324(a)(1)(A)(v)(I); Conspiracy to Commit Mail Fraud and Document Fraud in violation of Title 18, United States Code, Section 371. On July 23, 2007, Defendant Valdez was arraigned and entered a plea of guilty to count 1 of the superseding indictment before Magistrate Judge William H. Baughman, Jr. A Report and Recommendation ("R&R") concerning whether the plea should be accepted and a

finding of guilty entered on January 23, 2007 by Magistrate Judge Baughman .

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Valdez is found to be competent to enter a plea and to understand her constitutional rights.  She is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Valdez is adjudged guilty of Count 1of the superseding indictment, in violation of Title 8 United States Code, Section 1324(a)(1)(A)(v)(I).

IT IS SO ORDERED.

                                                 */s/SOLOMON OLIVER, JR.*
                                                 UNITED STATES DISTRICT JUDGE